AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| ROYCE JACKSON KELLEY, III | ) Case No: 07-00149-004 |
| | ) USM No: 09887-003 |
| Date of Original Judgment: 07-10-2008 | ) |
| Date of Previous Amended Judgment: 08-18-2011 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  97 months  .

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated  07-10-2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04-15-2015

Callie V.S. Granade
U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.04.15 07:52:58 -06'00'

*Judge's signature*

Effective Date:  11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*